**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **PINNACLE SPAN PARTNERS L L C** | **CASE NO. 6:26-CV-00666** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ICON CRANES & EQUIPMENT L L C ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

# JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Icon's motion to dismiss Robertson is **DENIED** at this time to allow PSP to amend its Complaint to more particularly assert Robertson's alleged personal involvement as to PSP's claims of unfair trade practices, conversion, and unjust enrichment; the Motion is **GRANTED** to the extent that PSP's claims of alter-ego and/or veil-piercing will be dismissed.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Icon's motion to dismiss PSP's breach of contract claim and unfair trade practice under LUPTA is **DENIED**; PSP's motion to dismiss its conversion and unjust enrichment claims as they relate to the alleged withdrawal of funds by Icon and Robertson from Northern Crane accounts is **GRANTED**; and PSP's motion as to BRL1 and Robertson's conversion of $200,000 PSP wired to BRL1 in exchange for Class B units of Icon is **DENIED**.

**IT IS ORDERED** that PSP's motion to dismiss based on joinder is **DENIED.**

**IT IS FURTHER ORDERED** that PSP file an amended Complaint within 60 days of this Judgment to address the deficiencies noted in the Memorandum Ruling.

**IT IS FURTHER ORDERED** that a hearing is **SET for December 16, 2026 at 10:00 a.m., courtroom #4** to address PSP's Motion to Appoint Custodian Receiver over Northern Crane, LLC (Doc. 10).

**THUS DONE AND SIGNED** in chambers on this 9th day of November, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**